UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J.U.,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. 26-cv-02084-YGR (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 14

Plaintiff J.U. asks the Court to order defendant United States to complete production within seven days of the Court's order. Dkt. 14 at 3.[1] The United States opposes. *Id.* at 4. Plaintiff's request is denied without prejudice.

Plaintiff seeks the Court's assistance in obtaining responses to her Requests for Production. *Id.* at 1–3. It's undisputed that the United States timely responded on August 10, 2026. *Id.* at 2 & 4. It's further undisputed that the United States committed to supplementing its responses by August 31, 2026, in advance of the September 8, 2026, cut-off of bellwether discovery. *Id.* at 2 & 4.

Plaintiff wants the United States to respond faster, but cites no authority based in law or fact in support of that relief. Additionally, the United States represents (unchallenged by Plaintiff) that — as of the filing date of the joint discovery letter — it was in discussions

[1] References to page numbers in this order correspond to the ECF page numbers at the top of each docketed page.

with Liaison Counsel to set timelines for production in this and other bellwether cases. *Id.* at 4. Plaintiff does not provide any justification for requiring her discovery to be produced on a different timeline than the other bellwether plaintiffs' materials, nor is one apparent to the Court based on the limited information presented.[2]

Furthermore, the parties have not presented the Court with information sufficient to compel a faster production. No party filed Plaintiff's Requests for Production or the United States' responses. Without that information, the Court cannot rule as to the adequacy of any production.

Accordingly, Plaintiff's request is denied without prejudice. The parties are ordered to continue to meet and confer either in person or via a videoconferencing platform. *See* AGT Civil Standing Order § VII.B. If the parties cannot agree, they may file an updated joint discovery letter. *Id.* Any such letter must include the requests and responses at issue, and must detail the grounds for the dispute and a response thereto.

This order dispenses with dkt. 14.

**IT IS SO ORDERED.**

Dated: August 21, 2026

Alex G. Tse
United States Magistrate Judge

[2] Plaintiff represents that no agreement with Liaison Counsel had been reached by the filing date of this letter. Dkt. 14 at 2. The Court observes that no other discovery letter briefs have been filed on this topic in the other bellwether cases, as of the filing date of this order.